IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01180-PSF-MJW

MARY A. KITCHENS,

Plaintiff(s),

v.

YAMPA VALLEY MEDICAL CENTER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Strike (docket no. 11) is DENIED. Paragraphs (averments) 51-52 and 99-104, in the Plaintiff's Amended Complaint are averments which relate to Plaintiff's complaints of sexual harassment, creation of a hostile or abusive work environment and retaliation for complaining about the same. See Harris v. Forklift Systems, Inc., 510 U.S. 17, 21, 114 S. Ct. 367, 370 (1993). Here, the court finds that the subject averments are not redundant, immaterial, impertinent or scandalous as stated under Fed. R. Civ. P. 12(f), and therefore the motion should be denied.

Date:   September 29, 2006