IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01180-PSF-MJW

MARY A. KITCHENS,

    Plaintiff,

v.

YAMPA VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 22).  The Court, having considered the stipulation and the file in this matter, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

DATED:  December 28, 2006

BY THE COURT:

*s/ Marcia S. Krieger for*

_____
Phillip S. Figa
United States District Judge